ORIGINAL

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtors

**FILED**

OCT - 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| GIL E ALFONSO | Case No. 09-56711 ASW |
| JOSEPHINE S ALFONSO | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499177 for an unclaimed dividend in the amount of $1.26. The name and address of the claimant entitled to the unclaimed dividend is as follows;

GIL E ALFONSO
JOSEPHINE S ALFONSO
2998 PARK LANE
SAN JOSE, CA  95127

Dated: October 04, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE